

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV - 9 2015

TONY R. MOORE, CLERK
BY_____
          DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **ROY VANNORTRICK** | **CIVIL ACTION NO. 14-2473-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **ROBERT WYCHE, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claim regarding his medical treatment is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). **IT IS ORDERED** that Plaintiff's other claim relating to the conditions of his confinement is **DISMISSED WITHOUT PREJUDICE**. The Motion For Extension of Time [Record Document 14] is denied as moot. The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 9th day of November 2015.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE